a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TEMESGEN ZEWOLDI #A221-388-013,<br>Petitioner | CIVIL DOCKET NO. 6:26-CV-00303<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Temesgen Zewoldi ("Zewoldi"), an immigration detainee at Adams County Correctional Center in Natchez, Mississippi.

"In general, '[t]he only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district court in which the [petitioner] is confined.'" *Dada v. Witte*, No. 20-cv-1093, 2020 WL 1674129, at *2 (E.D. La. Apr. 6, 2020) (quoting *United States v. McPhearson*, 451 F. App'x 384, 387 (5th Cir. 2011) (per curiam) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004); *Lee v. Wetzel*, 244 F.3d 370, 375 n.5 (5th Cir. 2001)). Zewoldi is confined in Natchez, Mississippi, within the Southern District of Mississippi.

The Court may transfer a case filed in the wrong district to any district or division in which it could have been brought. *See* 28 U.S.C. § 1631 (a court "shall, if it is in the interest of justice, transfer such action or appeal to any other such court .

1

. . in which the action or appeal could have been brought at the time it was filed. . ."); 28 U.S.C. § 2241 (b) (noting that a court "may transfer" a writ of habeas corpus).

Accordingly, IT IS ORDERED that the Petition is hereby TRANSFERRED to the United States District Court for the Southern District of Mississippi, Natchez Division.

SIGNED on Friday, February 13, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE